| | | | | |
|---|---|---|---|---|
| Pettiford v. State . . . . . . . . . . . . . . | 49A02–1612–CR–2678 | 05/12/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Whitesell v. State . . . . . . . . . . . . . . | 90A02–1612–CR–2768 | 05/12/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| D.S v. A.R. . . . . . . . . . . . . . . . . . . | 29A05–1608–PO–1893 | 05/12/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Bradbury v. State . . . . . . . . . . . . . . | 71A05–1606–CR–1280 | 05/15/2017 | SHEPARD, Sr.J.<br><br><br>RILEY, J.<br>VAIDIK, C.J. | Affirmed in part, reversed in part, and remanded<br>Concurs<br>Concurs in part and dissents in part with opinion |
| A.S., In re . . . . . . . . . . . . . . . . . . . . | 32A05–1610–JT–2398 | 05/15/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Govan v. State . . . . . . . . . . . . . . . . | 02A04–1608–CR–1880 | 05/15/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Wooldridge v. Sellersburg Properties, LLC . . . . . . . . . . . . . . . . . . . . | 72A01–1608–MF–2018 | 05/16/2017 | BAKER, J.<br><br><br>ROBB, J.<br>BARNES, J. | Affirmed and remanded for further proceedings<br>Concurs<br>Concurs |
| Gonzalez v. State . . . . . . . . . . . . . . | 20A03–1608–CR–2110 | 05/16/2017 | MAY, J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| C.H., Adoption of, v. J.N. . . . . . . . . | 32A01–1607–AD–1599 | 05/16/2017 | BAKER, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Garba v. West Bend Mutual Insurance Company . . . . . . . . . . . . . | 75A04–1611–PL–2546 | 05/16/2017 | BRADFORD, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |